IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40386
Summary Calendar
_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

KIM IVAN MORILLA,

                              Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:94-CR-128-1
- - - - - - - - - -
January 22, 1996
Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Kim Ivan Morilla entered a conditional guilty plea to one count of possession with intent to distribute marijuana. Pursuant to his plea agreement, he now appeals the district court's denial of his motion to suppress. Morilla admits that the initial stop of his camper truck was valid. He contends that the subsequent detention and search of his vehicle violated his Fourth Amendment rights.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm the district court's denial of Morilla's motion to suppress.  Morilla's conviction is AFFIRMED.